```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

United States of America,   :   CRIMINAL ACTION
                            :   NO. 11-00464-1
    v.                      :
                            :
Matthew Kolodesh.           :
                            :

## ORDER

**AND NOW**, this **4th** day of **September, 2020,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's motion for compassionate release (ECF No. 272) is **DENIED.**

    **AND IT IS SO ORDERED.**

                                 /s/ *Eduardo C. Robreno*
                                 **EDUARDO C. ROBRENO, J.**